UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

---

| | |
|---|---|
| DANIEL TODD, | CASE NO.: 1:25-cv-0058-DDD-JPM |
| Plaintiff, | |
| | Judge: Hon. Dee D. Drell |
| vs. | |
| | Magistrate: Hon. Joseph H.L. Perez-Montes |
| EPRT TENNESSEE PROPERTIES LLC, and TRIDENT HOLDINGS LLC TENNESSEE, | |
| Defendants. | |

---

**NOTICE OF SETTLEMENT AND REQUEST FOR 60-DAY DISMISSAL ORDER**

NOW INTO COURT comes Plaintiff, Daniel Todd, through undersigned counsel, who represents that a settlement has been reached in the above-captioned matter. The parties request that the Court enter a sixty (60) day order of dismissal cancelling any currently pending deadlines and conferences, with the right of any party to reinstate the action within sixty (60) days if the settlement is not consummated.

Dated, this the 15th day of May, 2025.

Respectfully Submitted,

BIZER & DeREUS, LLC

/s/ Andrew D. Bizer
ANDREW D. BIZER (LA # 30396)
GARRET S. DeREUS (LA # 35105)
EVA M. KALIKOFF (LA # 39932)
3319 St. Claude Ave.
New Orleans, LA 70117
T: 504-619-9999; F: 504-948-9996
Email: andrew@bizerlaw.com
        gdereus@bizerlaw.com
        eva@bizerlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing pleading has been delivered to all counsel of record on May 15, 2025, by ECF filing.

By:/s/ Andrew D. Bizer
**ANDREW D. BIZER**